UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X

SAMUEL LOPEZ RODRIGUEZ,

                        Plaintiff,

    - against -

JOFAZ TRANSPORTATION, INC., and Y & M
TRANSIT CORP.,

                        Defendants.

-----------------------------------------------------------------------X

Civil Action No.

**COMPLAINT AND
JURY DEMAND**

Trial by Jury Demanded

Plaintiff, SAMUEL LOPEZ RODRIGUEZ, by his attorneys HAICKEN LAW PLLC as

and for his Complaint against the Defendants, JOFAZ TRANSPORTATION, INC. and Y & M

TRANSIT CORP., alleges that at all times hereinafter mentioned:

1.        Plaintiff SAMUEL LOPEZ RODRIGUEZ is a citizen of the Country of Mexico.

2.        Defendant, JOFAZ TRANSPORTATION, INC., a transportation contractor, is a

domestic business corporation organized and existing under the laws of the State of New York

with its principal place of business at 1 Coffey Street, Brooklyn, New York.

3.        Defendant, JOFAZ TRANSPORTATION, INC., does business in the State of New

York.

4.        Defendant Y & M TRANSIT CORP., a transportation contractor, is a domestic

business corporation organized and existing under the laws of the State of New York with its

principal place of business at 1 Coffey Street, Brooklyn, New York.

5.        Defendant Y & M TRANSIT CORP. does business in the State of New York.

6.        The matter in controversy exceeds the sum of $75,000.00 exclusive of costs and

interest.

7.      This Court has jurisdiction pursuant to 28 U.S.C.§1332 (a) by virtue of the diversity of citizenship of the parties and the amount in controversy.

8.      Venue is proper in this District pursuant to 28 U.S.C. §1391 (b) (2).

9.      On July 12, 2023, Defendant JOFAZ TRANSPORTATION, INC., owned, leased, controlled, managed, maintained, operated, inspected and/or repaired a certain vehicle.

10.     On July 12, 2023, Defendant Y & M TRANSIT CORP.  owned, leased, controlled, managed, maintained, operated, inspected and/or repaired a certain vehicle.

11.     On July 12, 2023, Plaintiff was the operator of a motorcycle.

12.     On July 12, 2023, at approximately 3:00 – 4:00 PM, the roadway known as Hamilton Avenue, Brooklyn, New York was and still is a public thoroughfare.

13.     At said time and place, there was contact between the Vehicle operated by Defendants and the motorcycle being operated by Plaintiff.

14.     At said time and place, the Vehicle operated by Defendants crashed into the rear of the motorcycle being operated by Plaintiff.

15.     As a direct and proximate result of the negligence of Defendants, Plaintiff SAMUEL LOPEZ RODRIGUEZ was caused to suffer serious and permanent personal injuries including a fractured tibial plateau requiring surgical repair.

16.     The Defendants were negligent, careless and reckless in the ownership, operation, leasing, management, maintenance, control, repair and/or inspection of the aforementioned vehicle; in negligently, carelessly and recklessly operating the Vehicle at a rate of speed greater than was reasonable and proper at the time and place of the occurrence; in following Plaintiff's motorcycle  too closely; in negligently, carelessly and recklessly striking Plaintiff's motorcycle; in failing to keep a proper distance between the Vehicle and Plaintiff's motorcycle; in losing

control of their vehicle; in failing to observe Plaintiff's motorcycle prior to the accident; in failing to observe traffic and driving conditions then and there existing at the place and time of the occurrence complained of; in failing to operate their Vehicle with that degree of care and caution necessary under said traffic and driving conditions; in failing to properly steer, guide, manage and control their Vehicle; in failing to sound the horn or otherwise to warn of the impending danger; in failing to give adequate and timely signal, notice or warning; in operating their Vehicle without due regard to the rights and safety of other persons, and especially for the safety of the Plaintiff herein; in failing to timely apply the brakes, slow down or stop in such a manner so as to avoid said occurrence; in failing to keep their Vehicle in proper operating condition; in failing to inspect said Vehicle for latent and patent defects; and the Defendants were otherwise careless, negligent and reckless under the circumstances then and there existing.

17.	That Defendants are vicariously liable for the negligent, reckless, and careless operation, leasing, control, management, maintenance, inspection and/or repair of the aforementioned vehicle by their employee.

18.	That by reason of the foregoing, the Plaintiff SAMUEL LOPEZ RODRIGUEZ sustained a serious injury, as defined in Insurance Law Section 5102(d).

19.	This action falls within one or more of the exceptions set forth in CPLR §1602.

20.	By reason of the foregoing, the Plaintiff SAMUEL LOPEZ RODRIGUEZ sustained severe injuries and damages, was rendered sick, sore, lame and disabled, sustained severe pain and mental anguish, great physical and emotional upset all of which injuries are permanent in both nature and duration, and has and will continue to suffer pain and suffering, both physical and emotional, and has incurred, and will continue to incur medical expenses and lost earnings, all to his damage in a sum that exceeds $75,000.00.

21.     Pursuant to Rule 38 of the Federal Rules of Civil Procedure, Plaintiff, SAMUEL LOPEZ RODRIGUEZ demands trial by jury in this action of all issues so triable.

WHEREFORE Plaintiff, SAMUEL LOPEZ RODRIGUEZ, respectfully requests that the Court grant relief as follows:

Awarding damages to Plaintiff, SAMUEL LOPEZ RODRIGUEZ

    I.     for past and future medical expenses, personal injuries and pain and suffering in the total amount of Three Million Dollars ($3,000,000.00),

    II.    the costs of this action and for

    III.   Such other and further relief as the Court may deem just and proper under the circumstances.

Dated: New York, New York
       July 19, 2023

Yours, etc.,

HAICKEN LAW PLLC

*Matthew Haicken, Esq.*

_____
BY: MATTHEW HAICKEN, ESQ. (MH2990)
Attorney for Plaintiff
SAMUEL LOPEZ RODRIGUEZ
11 Broadway, Suite 615
New York, New York 10004
(212) 529-8326

4